# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2474

_____

Ronald Moore,                                  *
                                               *
            Appellant,                         *
                                               *   Appeal from the United States
      v.                                       *   District Court for the Western
                                               *   District of Missouri.
P. W. Keohane, Warden, Medical                 *
Center for Federal Prisoners,                  *        [UNPUBLISHED]
Springfield, Missouri,                         *
                                               *
            Appellee.                          *

_____

Submitted:  November 19, 1999

Filed:  November 24, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ronald Moore appeals the district court's order rejecting Moore's claim that the Medical Center for Federal Prisoners is deliberately indifferent to Moore's serious medical needs based on the Medical Center's refusal to provide him with access to a kidney transplant. Having carefully reviewed the record, we find the record supports the district court's decision. First, the medical evidence shows that Moore is responding well to his current medical treatment and that the treatment is an adequate and acceptable form of medical care for Moore's condition. Second, no doctor has yet

determined Moore needs a kidney transplant to preserve his life or to otherwise prevent irreparable harm. Third, Moore's complaint about his medical care appears to be merely a disagreement concerning the course of his treatment. We thus affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.